Form 132 – 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  26–10435–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Vincent Guardino 3rd
   aka Vincent Guardino
   339 Juliustown Road
   Columbus, NJ 08022

Social Security No.:
   xxx–xx–4278

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            3/25/26
Time:            10:00 AM
Location:         Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: February 20, 2026
JAN: pbf

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 26-10435-MBK |
| Vincent Guardino, 3rd | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 20, 2026 | Form ID: 132 | Total Noticed: 13 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vincent Guardino, 3rd, 339 Juliustown Road, Columbus, NJ 08022-9748 |
| 520947685 | | Lakeview Loan Servicing LLC, Attn: Bankruptcy, c/o M&T Bank P.O. Box 844, Buffalo, NY 14240-0844 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 20 2026 21:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 20 2026 21:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520947681 | | Email/Text: ally@ebn.phinsolutions.com | Feb 20 2026 20:59:00 | Ally Financial, Inc, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 520947682 | + | Email/Text: jvalencia@amhfcu.org | Feb 20 2026 21:01:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 520947683 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 20 2026 21:02:41 | Citibank, N.A./the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790046, Saint Louis, MO 63179-0046 |
| 520947684 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 20 2026 21:01:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 520947686 | | Email/Text: BankruptcyECFMail@mccalla.com | Feb 20 2026 21:00:00 | McCalla Raymer Leibert Pierce LLP, Attn: Kristen Bleiweis, Esq., 485F US Highway 1 S., Bldg. F, Ste 300, Iselin, NJ 08830 |
| 520947687 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 20 2026 21:00:00 | PNC Financial/PNC Bank, Attn: Bankruptcy, 300 5th Ave, Pittsburgh, PA 15222-2401 |
| 520947688 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 20 2026 21:01:00 | Santander Consumer USA, Attn: Bankruptcy, P.O. Box 961211, Fort Worth, TX 76161-0211 |
| 520947689 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 20 2026 21:02:44 | Synchrony Bank/Ashley Furniture, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520947690 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 20 2026 21:02:21 | Synchrony Bank/Horizon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0312-3                                      User: admin                                      Page 2 of 2

Date Rcvd: Feb 20, 2026                                  Form ID: 132                                     Total Noticed: 13

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521006008 | * | Ally Financial, Inc, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 521006009 | *+ | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 521006010 | * | Citibank, N.A./the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790046, Saint Louis, MO 63179-0046 |
| 521006011 | * | Comenity Bank/Kay Jewelers, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 521006012 | * | Lakeview Loan Servicing LLC, Attn: Bankruptcy, c/o M&T Bank P.O. Box 844, Buffalo, NY 14240-0844 |
| 521006013 | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, McCalla Raymer Leibert Pierce LLP, Attn: Kristen Bleiweis, Esq., 485F US Highway 1 S., Bldg. F, Ste 300, Iselin, NJ 08830 |
| 521006014 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Financial/PNC Bank, Attn: Bankruptcy, 300 5th Ave, Pittsburgh, PA 15222-2401 |
| 521006015 | *+ | Santander Consumer USA, Attn: Bankruptcy, P.O. Box 961211, Fort Worth, TX 76161-0211 |
| 521006016 | * | Synchrony Bank/Ashley Furniture, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 521006017 | * | Synchrony Bank/Horizon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeanie D. Wiesner | on behalf of Debtor Vincent Guardino  3rd jeanie@sadeklaw.com, brad@sadeklaw.com;service@sadeklaw.com;ginna@sadeklaw.com;Wiesner.JeanieB140679@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4