Form oresadoc − oresadocv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  26−10435−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Vincent Guardino 3rd
   aka Vincent Guardino
   339 Juliustown Road
   Columbus, NJ 08022

Social Security No.:
   xxx−xx−4278

Employer's Tax I.D. No.:

## ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, G OR H
## OR LIST OF CREDITORS

   The Court having noted that the debtor filed an Amendment to Schedule on N/A or to the List of Creditors on February 20, 2026 , and for good cause shown, it is

   ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(ies) being deleted, added or modified and to the trustee in the case, if any, not later than 7 days after the date of this Order.

   It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 7 days after the date of this Order, the following:

   1.   A copy of the applicable Notice of Chapter 13 Bankruptcy Case, and

   2.   In a Chapter 11 case:

      a)   a copy of the last modified plan and disclosure statement, if any, and

      b)   a copy of any order approving the adequacy of the disclosure statement
      and/or the scheduling of the plan for confirmation.

   3.   In a Chapter 12 or Chapter 13 case:

      a)   a copy of the Notice of Hearing on Confirmation of Plan, if any, and

      b)   a copy of the last modified plan that has been filed in the case.

   It is further ORDERED that not later than 7 days after the date of this Order, the debtor(s) must file the Local Form, Certification of Service, certifying compliance with the above requirements.

   It is further ORDERED that the added creditors or parties have

   1.   until the original deadline, if any, fixed by the court to file a complaint to object to
   the debtor's discharge or dischargeability of certain debts, or sixty 60 days from the date of this Order,
   whichever is later;

   2.   until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement,

or sixty 60 days from the date of this Order, whichever is later;

3.    until the original deadline fixed by the Court to object to exemptions, or thirty 30 days from the date of this Order, whichever is later.

Dated: February 20, 2026
JAN: pbf

<u>Michael B. Kaplan</u>
United States Bankruptcy Judge

United States Bankruptcy Court

District of New Jersey

In re:                                                                        Case No. 26-10435-MBK

Vincent Guardino, 3rd                                                         Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 20, 2026 | Form ID: oresadoc | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2026:**

**Recip ID            Recipient Name and Address**
db                  +  Vincent Guardino, 3rd, 339 Juliustown Road, Columbus, NJ 08022-9748

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 20 2026 21:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2026                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2026 at the address(es) listed
below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeanie D. Wiesner | on behalf of Debtor Vincent Guardino  3rd jeanie@sadeklaw.com, brad@sadeklaw.com;service@sadeklaw.com;ginna@sadeklaw.com;Wiesner.JeanieB140679@notify.bestcase.com |

District/off: 0312-3                          User: admin                                    Page 2 of 2
Date Rcvd: Feb 20, 2026                       Form ID: oresadoc                          Total Noticed: 2

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 4