Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  26−10435−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Vincent Guardino 3rd
aka Vincent Guardino
339 Juliustown Road
Columbus, NJ 08022

Social Security No.:
    xxx−xx−4278

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 20, 2026.

Dated: April 20, 2026
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 26-10435-MBK

Vincent Guardino, 3rd                                                                     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                          Page 1 of 3

Date Rcvd: Apr 20, 2026                       Form ID: plncf13                     Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vincent Guardino, 3rd, 339 Juliustown Road, Columbus, NJ 08022-9748 |
| 521037744 | + | AMERICAN HERITAGE CREDIT UNION c/o Weltman, Weinbe, 5990 West Creek Rd, Suite 200, Independence, OH 44131-2191 |
| 520947685 | | Lakeview Loan Servicing LLC, Attn: Bankruptcy, c/o M&T Bank P.O. Box 844, Buffalo, NY 14240-0844 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 20 2026 21:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 20 2026 21:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520947681 | | Email/Text: ally@ebn.phinsolutions.com | Apr 20 2026 21:32:00 | Ally Financial, Inc, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 520947682 | + | Email/Text: jvalencia@amhfcu.org | Apr 20 2026 21:33:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 520947683 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 20 2026 21:42:10 | Citibank, N.A./the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790046, Saint Louis, MO 63179-0046 |
| 520947684 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 20 2026 21:33:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 521013219 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 20 2026 21:42:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521046292 | ^ | MEBN | Apr 20 2026 21:32:05 | Lakeview Loan Servicing, LLC, M & T Bank, Bankruptcy Department, P.O. Box 840, Buffalo NY 14240-0840 |
| 520947686 | | Email/Text: BankruptcyECFMail@mccalla.com | Apr 20 2026 21:32:00 | McCalla Raymer Leibert Pierce LLP, Attn: Kristen Bleiweis, Esq., 485F US Highway 1 S., Bldg. F, Ste 300, Iselin, NJ 08830 |
| 521028656 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 20 2026 21:32:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 520947687 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 20 2026 21:32:00 | PNC Financial/PNC Bank, Attn: Bankruptcy, 300 5th Ave, Pittsburgh, PA 15222-2401 |
| 520947688 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 20 2026 21:33:00 | Santander Consumer USA, Attn: Bankruptcy, P.O. Box 961211, Fort Worth, TX 76161-0211 |
| 521044443 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 20 2026 21:42:22 | Synchrony Bank, by AIS InfoSource LP as agent, |

District/off: 0312-3      User: admin      Page 2 of 3

Date Rcvd: Apr 20, 2026      Form ID: plncf13      Total Noticed: 18

| | | | | |
|---|---|---|---|---|
| 520947689 | Email/PDF: ais.sync.ebn@aisinfo.com | | | 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| | | | Apr 20 2026 21:42:12 | Synchrony Bank/Ashley Furniture, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520947690 | Email/PDF: ais.sync.ebn@aisinfo.com | | Apr 20 2026 21:42:12 | Synchrony Bank/Horizon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521006008 | * | Ally Financial, Inc, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 521006009 | *+ | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 521006010 | * | Citibank, N.A./the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790046, Saint Louis, MO 63179-0046 |
| 521006011 | * | Comenity Bank/Kay Jewelers, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 521006012 | * | Lakeview Loan Servicing LLC, Attn: Bankruptcy, c/o M&T Bank P.O. Box 844, Buffalo, NY 14240-0844 |
| 521006013 | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, McCalla Raymer Leibert Pierce LLP, Attn: Kristen Bleiweis, Esq., 485F US Highway 1 S., Bldg. F, Ste 300, Iselin, NJ 08830 |
| 521006014 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Financial/PNC Bank, Attn: Bankruptcy, 300 5th Ave, Pittsburgh, PA 15222-2401 |
| 521006015 | *+ | Santander Consumer USA, Attn: Bankruptcy, P.O. Box 961211, Fort Worth, TX 76161-0211 |
| 521006016 | * | Synchrony Bank/Ashley Furniture, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 521006017 | * | Synchrony Bank/Horizon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 22, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Jeanie D. Wiesner | on behalf of Debtor Vincent Guardino 3rd jeanie@sadeklaw.com, brad@sadeklaw.com;service@sadeklaw.com;ginna@sadeklaw.com;Wiesner.JeanieB140679@notify.bestcase.com |
| Laura M. Egerman | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3                                      User: admin                                      Page 3 of 3
Date Rcvd: Apr 20, 2026                                  Form ID: plncf13                                 Total Noticed: 18
TOTAL: 5